45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 84–6471.   IN RE CARTER.   Petition for writ of mandamus denied.

No. 84–1558.   IN RE PAN AMERICAN WORLD AIRWAYS, INC., ET AL.   Petition for writ of mandamus and prohibition denied.

No. 84–1484.   WISCONSIN DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS ET AL. *v.* GOULD INC.   Appeal from C. A. 7th Cir.   Probable jurisdiction noted.

No. 84–1379.   DIAMOND ET AL. *v.* CHARLES ET AL.   Appeal from C. A. 7th Cir.   Probable jurisdiction noted and case set for oral argument in tandem with No. 84–495, *Thornburgh* v. *American College of Obstetricians and Gynecologists* [probable jurisdiction postponed, *ante*, p. 1014].

No. 83–6887.   QUIGLEY *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 84–995.   MASSA *v.* UNITED STATES; and
No. 84–1265.   SKINNER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   Reported below: 740 F. 2d 629.

No. 84–1200.   MEESE, ATTORNEY GENERAL, ET AL. *v.* SEGAR ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–1257.   GLOVER *v.* UNITED GROCERS, INC., ET AL. C. A. 9th Cir.   Certiorari denied.